The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 08-08,
KENNETH J. HIRZ, CLERK OF COURT

BY: /s/ KIM PEEL
DEPUTY CLERK

**Dated: 03:24 PM August 06, 2009**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| JODY G NICKELS | : | CASE NO. 06-61149 |
| ESTHER E NICKELS | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | ORDER TO DISMISS |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

This cause came on for hearing on the Chapter 13 Trustee's Motion to Dismiss.

The Court finds that the motion is well taken.

**IT IS THEREFORE ORDERED** that the case is **DISMISSED.**

I hereby certify that this Order complies with Administrative Order No. 08-08 Signed under the pains and penalty of perjury.

/S/ TOBY L ROSEN
Toby L. Rosen, Trustee

**List of Parties to be served the above Order:**

Form 3
J:\Staff Folders\VAustin\ecf and adobe docs\06-61149nickelsorddsm.wpd

1. Debtors
   Mr. and Mrs. Jody Nickels
   2223 Times Avenue S.W.
   Canton, Ohio 44706

2. Attorney for Debtor(s)
   John Bates, Esq.
   E-mailed

3. U.S. Trustee

Form 3
J:\Staff Folders\VAustin\ecf and adobe docs\06-61149nickelsorddsm.wpd

06-61149-rk    Doc 46    FILED 08/06/09    ENTERED 08/07/09 09:14:08    Page 2 of 2